United States District Court
Southern District of Texas
**ENTERED**
June 03, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

|  |  |  |
|---|---|---|
| VITALY EVSEEV,<br>        "Petitioner," | § § § | |
| v. | § § § | Civil Action No. 1:26-cv-00550 |
| WARDEN, EL VALLE DETENTION CENTER<br>*et al.*,<br>        "Respondents," | § § § § | |

**ORDER**

Before the Court are Petitioner's "Petition for Writ of Habeas Corpus Under 28 U.S.C §2241" ("Petition") (Dkt. No. 1), "Report and Recommendation to Deny Petitioner's Habeas Petition" ("Report and Recommendation") (Dkt. No. 4), and "Petitioner's Objections to the Magistrate Judge's Report and Recommendations" ("Objections") (Dkt. No. 5).

After a *de novo* review of the file, the Report and Recommendation (Dkt. No. 4) is **ADOPTED**. It is therefore **ORDERED, ADJUDGED**, and **DECREED** that the Petition (Dkt. No. 1) is **DENIED**. The Court **ORDERS** the Clerk of Court to close the case.

SIGNED this June 3, 2026

_____
Rolando Olvera
United States District Judge